United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ANGEL LARA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1604 |
| | § | |
| DAVID COLE, WARDEN OF RIO GRANDE DETENTION CENTER *et al.* | § | |
| | § | |

**ORDER**

On September 11, 2026, the Court ordered Respondents to file a response (Dkt. No. 6). Although the Clerk of Court was directed to electronically serve the petition, a separate entry for this action was not made on the docket sheet. Based on this omission, the Court has reason to doubt that Respondents electronically received the Court's previous order. Although, the Court acknowledges Petitioner's attempts to effectuate service (Dkt. Nos. 8, 9, 10, 12).

Accordingly, the Court **ORDERS** Respondents to file a response to the Petition per the Court's previous Order (Dkt. No. 6) by **October 5, 2026**. It is further **ORDERED** that if Petitioner elects to file a reply, they may do so no later than **five (5) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

The Clerk of Court is **DIRECTED** to electronically serve this Order on the Southern District of Texas's Civil Chief at USATXS.CivilNotice@usdoj.gov.

It is so **ORDERED**.

**SIGNED** September 28, 2026.

Marina Garcia Marmolejo
United States District Judge