United States District Court
Southern District of Texas
**ENTERED**
November 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ANGEL LARA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1604 |
| | § | |
| DAVID COLE *et al.* | § | |

**ORDER**

Before the Court is Petitioner's Unopposed Motion to Dismiss and Request for Expedited Ruling (Dkt. No. 18). "Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in relevant part, that after a [respondent] files an answer or a motion for summary judgment 'an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper.'" *Harris v. Devon Energy Prod. Co.*, 500 F. App'x 267, 268 (5th Cir. 2012); *see also* Fed. R. Civ. P. 81(a)(4). "Voluntary dismissals 'should be freely granted,' but a [petitioner's] request will not be allowed if 'the non-moving party will suffer some plain legal prejudice.'" *Harris*, 500 F. App'x at 268 (quoting *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002)). Prejudice must be something beyond "the mere prospect of a second lawsuit. It is not a bar to dismissal that [petitioner] may obtain some tactical advantage thereby." *Collins v. Ferrell Gas, Inc.*, No. 95-433, 1995 WL 572041, at *1 (E.D. La. Sept. 26, 1995) (quoting *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)).

Here, Respondents do not oppose Petitioner's motion (Dkt. No. 18 at 2). The Court will not manufacture prejudice on their behalf. Finding Rule 41(a)(2) warrants dismissal, the Court **GRANTS** Petitioner's motion (Dkt. No. 18). *See Harris*, 500 F. App'x at 268 (quoting *Elbaor*, 279 F.3d at 317) (dismissal should be "freely granted").

Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. Respondent's Motion for Summary Judgment (Dkt. No. 15) is **DENIED AS MOOT**.

Accordingly, because no claims remain pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this Civil Action.

It is so **ORDERED**.

**SIGNED** November 15, 2026.

Marina Garcia Marmolejo
United States District Judge